George J. Wall, OSB No. 934515
gwall@eastpdxlaw.com
1336 E. Burnside St., Suite 130
Portland OR 97214
Telephone: (503)236-0068
Fax No.: (503)236-0028

Of Attorneys for Plaintiff, James J. Daley

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| JAMES J. DALEY,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN COLVIN, Commissioner,<br>Social Security Administration<br><br>    Defendant. | Case No.:   3:13-cv-00861-PK<br><br>ORDER AWARDING ATTORNEY<br>FEES PER 28 USC 2412(d) |

It is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, an attorney fee in the amount of $4,331.81 is awarded to Plaintiff. It is ordered that the attorney fee will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). If Plaintiff has no such debt, then the check shall be made payable to Plaintiff's attorney, George J. Wall, and mailed to Plaintiff's attorney's mailing address at: 1336 E. Burnside St., Suite 130, Portland OR 97132. If Plaintiff has such debt, then

Page 3 – PLAINTIFF'S FEE PETITION

the check for any remaining funds after offset of the debt shall be made payable to Plaintiff and mailed to Plaintiff's attorney's mailing address stated above.

IT IS SO ORDERED this 15th day of December, 2014.

_____
UNITED STATES DISTRICT JUDGE

Proposed Order submitted:                           Date:  December 3, 2014

_____
George J. Wall, OSB #93451
gwall@eastpdxlaw.com
Phone No.:  503-236-0068
Fax No.:  503-236-0028
Attorney for Plaintiff, James J. Daley