IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **JAMES J. DALEY**, <br><br> Plaintiff, <br><br> v. <br><br> **CAROLYN W. COLVIN** <br> Commissioner of Social Security, <br><br> Defendant. | Case No. 3:13-cv-0861-PK <br><br> **ORDER** |

United States Magistrate Judge Paul Papak issued Findings and Recommendation in this case on May 15, 2015. Dkt. 35. Judge Papak recommended that Plaintiff's motion for attorneys fees pursuant to 42 U.S.C. § 406(b) (Dkt. 30) be granted in part. Specifically, Judge Papak recommends that Plaintiff's counsel be awarded $12,642.01 in attorney's fees. No party has filed objections.

Under the Federal Magistrates Act ("Act"), the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C). If a party files objections to a magistrate's findings and recommendations, "the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*; Fed. R. Civ. P. 72(b)(3).

PAGE 1 – ORDER

If no party objects, the Act does not prescribe any standard of review. *See Thomas v. Arn*, 474 U.S. 140, 152 (1985) ("There is no indication that Congress, in enacting [the Act], intended to require a district judge to review a magistrate's report to which no objections are filed."); *United States. v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (holding that the court must review de novo magistrate's findings and recommendations if objection is made, "but not otherwise").

Although review is not required in the absence of objections, the Act "does not preclude further review by the district judge[] *sua sponte* . . . under a *de novo* or any other standard." *Thomas*, 474 U.S. at 154. Indeed, the Advisory Committee Notes to Fed. R. Civ. P. 72(b) recommend that "[w]hen no timely objection is filed," the court review the magistrate's findings and recommendations for "clear error on the face of the record."

No party having made objections, this Court follows the recommendation of the Advisory Committee and reviews Judge Papak's Findings and Recommendation for clear error on the face of the record. No such error is apparent. Accordingly, the Court **ADOPTS** Judge Papak's Findings and Recommendation, Dkt. 35. Plaintiff's motion for attorney's fees (Dkt. 30) is granted in part. The Commissioner shall pay Plaintiff's counsel additional attorney's fees in the amount of $12,642.01, less any applicable administrative assessment as allowed by statute.

**IT IS SO ORDERED.**

DATED this 4th day of June, 2015.

/s/ Michael H. Simon
Michael H. Simon
United States District Judge

PAGE 2 – ORDER